CORA M. HATCH, as Administratrix of the Estate of ELMER H. HATCH, Deceased, Appellant, v. LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent.

*Hatch* v. *Lake Shore & M. S. Ry. Co.*, 167 App. Div. 958, affirmed.
(Argued November 28, 1916; decided December 15, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 15, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. Plaintiff's intestate was killed at the Lion street crossing of the defendant's railway tracks in the city of Dunkirk, having been struck while attempting to pass over the crossing on foot by the defendant's train, the Twentieth Century Limited. The trial court held that the plaintiff's intestate was guilty of contributory negligence as matter of law.

*Nelson J. Palmer* for appellant.

*Thomas D. Powell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not voting: CARDOZO, J. Not sitting: POUND, J.